**Cynthia A. LEACH, Appellant,**

v.

**Eva G. SMYSER, Respondent.**

**No. WD 47072.**

Missouri Court of Appeals,
Western District.

Aug. 17, 1993.

John R. Shank, Kansas City, for appellant.

Norman I. Reichel, Overland Park, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

ORDER

PER CURIAM.

Appeal from the denial of a motion for a new trial.

Affirmed. Rule 84.16(b).

■

**Darren D. HORD, Defendant–Movant,**

v.

**STATE of Missouri, Plaintiff–Respondent.**

**No. 63165.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 17, 1993.

Lew Kollias, Office of the State Public Defender, Columbia, for defendant-movant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant, Darren D. Hord, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Movant had previously pleaded guilty to robbery in the second degree and been sentenced to imprisonment for ten years.

No error of law appears. An opinion would have no precedential value. The judgment of the motion court is affirmed.

Rule 84.16(b).